DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMY KIM HUYNH,<br><br>            Defendant | Case No.: 2:03 CR00137-07 FCD<br><br>REQUEST FOR ORDER AND ORDER FOR RETURN OF PASSPORT |

TO:  THE JUDGE OF THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY:

   On or about March 28, 2003, defendant Amy Kim Huynh was released on a $50,000.00 appearance bond secured in Case Number 2:03 CR00137 FCD.  As one of the conditions for release, defendant was ordered to surrender all passports and visas to the court.  On or about that date, defendant surrendered her Passport to the Court.

   On  November 9, 2004, Ms. Huynh pled guilty to 21 U.S.C. §§ 8844 and 2 and on January 18, 2005, was ordered to complete 24 months of supervised release.

   Because Ms. Huynh has completed her period of supervised release, it is hereby requested that Ms. Huynh's Passport be released and that the Clerk of the Court be directed to release Ms.Huynh's passport to her attorney, DANNY D. BRACE, JR.

REQUEST FOR ORDER - 1

Dated this 8th day of April, 2008.

                                      Respectfully submitted,

                                      By:  <u>Danny D. Brace, Jr.</u>
                                      DANNY D. BRACE, JR.
                                      Attorney at Law

## **ORDER**

IT IS HEREBY ORDERED THAT defendant Amy Kim Huynh's Passport be released to her attorney, DANNY D. BRACE, JR., forthwith.

Date: April 8, 2008

                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE